THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIA RAMOS, Appellant.

*Appeal — failure to perfect appeal.*

*People* v. *Ramos,* 190 App. Div. 902, appeal dismissed.

(Submitted January 10, 1921; decided January 18, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1919, which affirmed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of manslaughter.

The motion was made upon the ground of failure to perfect the appeal.

*Francis Martin, District Attorney* (*Charles B. McLaughlin* of counsel), for motion.

No one opposed.

Motion granted.